UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA

-against-                                                                  **ORDER**
                                                                      **20 CR 563 (JPO)**
JORDAN RUSSELL
------------------------------------X

    Upon the application of defendant, Jordan Russell, through his counsel, Deborah Colson, it is hereby ORDERED:

    That the United States Pretrial Services immediately release Mr. Russell's passport and return it by mail to his residence at 106 North Arlington Avenue, Apt 305, East Orange, New Jersey 07017.

Dated:    New York, New York
          September 15, 2023

                                                                               J. PAUL OETKEN
                                                                             United States District Judge